UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
LAWRENCE FULTZ.,                              :
an individual,                                :   CASE NO.: 2:16-cv-02380-CJB-JCW
                                              :
            Plaintiff,                        :
                                              :   Judge: Carl J. Barbier
vs.                                           :
                                              :
                                              :   Magistrate: Joseph C. Wilkinson, Jr.
BRACKLEY-STUMPF PROPERTIES                    :
III, L.L.C.,                                  :
                                              :
            Defendant.                        :
-------------------------------------------------------x
```

## CONSENT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND RETAIN JURISDICTION

Lawrence Fultz, Plaintiff, through undersigned counsel, respectfully submits this Consent Motion to Dismiss Plaintiff's Claims With Prejudice. The parties seek to dismiss Plaintiff's claims for the following reasons, subject to the Court retaining jurisdiction to enforce the settlement agreement:

1. Plaintiff and defendant Brackley-Stumpf Properties III, L.L.C. have reached an agreement upon a full and final settlement agreement that includes certain future performances by the parties.

2. The settlement documents are being executed and a check is being issued.

3. A material term of the settlement agreement is that this Court retain jurisdiction to enforce the terms of the settlement agreement. See, e.g., Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

4. Counsel for defendant Brackley-Stumpf Properties III, L.L.C. has reviewed this Motion and the attached Order prior to same being filed with the Court, and consents and agrees to the entry of the Order and the relief requested therein.

1

**WHEREFORE**, Lawrence Fultz, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motion and: dismiss this lawsuit with prejudice, retain jurisdiction to enforce the settlement agreement, and administratively close Plaintiff's claims.

                    Respectfully Submitted,

                    Bizer & DeReus
                    Attorneys for Plaintiff
                    Andrew D. Bizer, Esq. (LA # 30396)
                    andrew@bizerlaw.com
                    Garret S. DeReus, Esq. (LA # 35105)
                    gdereus@bizerlaw.com
                    Marc P. Florman, Esq. (LA # 35128)
                    mflorman@bizerlaw.com
                    3319 St. Claude Ave.
                    New Orleans, LA 70117
                    T: 504-619-9999; F: 504-948-9996

By:/s/ Andrew D. Bizer
      **ANDREW D. BIZER**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on February 17, 2017, by ECF filing.

By:/s/ Andrew D. Bizer
      **ANDREW D. BIZER**