UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE FULTZ | CIVIL ACTION |
| VERSUS | NO: 16-2380 |
| BRACKLEY-STUMPF PROPERTIES III, L.L.C. | SECTION: "J" (2) |

### ORDER

Considering the foregoing *Joint Motion to Dismiss* **(Rec. Doc. 31)**,

**IT IS ORDERED** that the Motion is **GRANTED.** The above-entitled suit is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. *See* Fed. R. Civ. P. 41(a)(2).

New Orleans, Louisiana this 17th day of February, 2017.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE